Robert L. WOODSON, Appellant,

v.

CITY OF KANSAS CITY, Missouri, Respondent.

No. WD 50403.

Missouri Court of Appeals, Western District.

Submitted March 5, 1996.

Decided May 21, 1996.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 1996.

Robert L. Woodson, pro se.

Roger Potter, City Prosecutor, Grandview, Craig K. Sweeney, Asst. City Prosecutor, Kansas City, for respondent.

Before HANNA, P.J., and SMART and ELLIS, JJ.

### ORDER

PER CURIAM:

Robert L. Woodson was convicted of violating the weed ordinance of Kansas City, (Kansas City, Mo. Rev. Ordinances Ch. 18, § 18.172 (1966)) with regard to three adjacent parcels of land on East 6th Street in Kansas City. He presents fourteen points on appeal. His arguments have been carefully considered by this court, and are found to be meritless.

The judgment is affirmed. Rule 30.25(b).